# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RONNIE L. "BUG" SCHILLING,
HUSBAND OF AND COURTNEY
SIMMONS SCHILLING

VERSUS

A.C.E. GARAGE DOOR COMPANY,
LLC AND W.H. WARD, LLC

NO.   2025 CW 0784

NOVEMBER 17, 2025

---

In Re:    ACE Garage Door, LLC, applying for supervisory writs,
22nd Judicial District Court, Parish of Washington,
No. 113535.

---

BEFORE:   **MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DISMISSED.** On October 28, 2025, this court received correspondence from counsel for defendant-relator informing this court that the parties have settled this matter. Accordingly, this writ application is dismissed.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT